UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FB SELECT, LLC,

           Plaintiff,

     v.

GREEN MARKET HEALTH FOOD, LLC
and JOHN DOES 1–10,

           Defendants.

No. 24-cv-9791 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On March 21, 2025, Defendant Green Market Health Food LLC moved to stay discovery in this action pending a decision on its motion to dismiss. Dkt. No. 25. Having considered the relevant factors in deciding whether to stay discovery pending a dispositive motion—the strength of the dispositive motion, the breadth of discovery sought and the burden of responding to it, as well as prejudice to the party opposing the stay—the Court finds that a stay is appropriate here. *See Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002). Accordingly, discovery in this action is hereby stayed pending further order of the Court.

SO ORDERED.

Dated:    May 5, 2025
           New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge