UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FB SELECT LLC,

                Plaintiff,

         v.

GREEN MARKET HEALTH FOOD, LLC
and JOHN DOES 1–10,

              Defendants.

No. 24-CV-9791 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Defendant Green Market Health Food LLC has requested oral argument on its motion to dismiss. Dkt. 23 (Mot. to Dismiss). Oral argument will be held on the motion to dismiss on December 29, 2025 at 3:30 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1105, 40 Foley Square, New York, NY 10007. Parties shall promptly advice the Court if the time is not convenient.

SO ORDERED.

Dated:    December 15, 2025
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge